# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SHIRLEY RILEY,**

    Plaintiff,

                                   **CASE NO.    3:11-CV-194**

**-vs-**

                                   **Judge Timothy S. Black**

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is supported by substantial evidence, and **AFFIRMED**; and that the case is **CLOSED**.

Date:  February 21, 2012                      **JAMES BONINI, CLERK**

                                                  By: <u>s/ M. Rogers</u>
                                                  Deputy Clerk